IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL DELGADO-SOTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 15 CV 723 |
| | ) |
| MR. PAPA'S, INC. and GLADYS SANTANA | ) Judge Kocoras |
| | ) |
| Defendants. | ) |

**DEFENDANTS' TABLE OF CONTENTS FOR THE EXHIBITS SUPPORTING THE STATEMENT OF UNDISPUTED FACTS**

Exhibit A:   Declaration of Gladys Santana

    Exhibit 1:   2012 Federal Income Tax Returns

    Exhibit 2:   2013 Federal Income Tax Returns

    Exhibit 3:   2014 Federal Income Tax Returns

Exhibit B:   Complaint

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MANUEL DELGADO-SOTO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MR. PAPA'S, INC. )<br>and GLADYS SANTANA, )<br>)<br>Defendants. ) | Case No. 15 CV 723 |

## DECLARATION OF GLADYS SANTANA

Affiant, Gladys Santana, pursuant to 28 U.S.C. Sec. 1746, being duly sworn under oath, affirms, states, and deposes as follows:

1. My name is Gladys Santana.

2. I have personal knowledge of the facts stated herein and if called to testify would state as follows.

3. I am the President and sole shareholder of Mr. Papa's, Inc. ("Mr. Papa's"), which is an Illinois corporation. Mr. Papa's principal place of business is located at 129 W. Roosevelt Road, West Chicago, Illinois 60185.

4. Mr. Papa's is a sit-down Mexican restaurant that serves food to the general public. Mr. Papa's has been in business since 2012. Mr. Papa's does not operate outside of Illinois nor does it deliver food across Illinois state lines.

5. Manuel Delgado-Soto ("Soto") was employed by Mr. Papa's as a cook, who duties included food preparation in the kitchen. Plaintiff was hired in or about February 15,

1



2013; he was terminated on January 11, 2015.

6. In 2012, Mr. Papa's gross sales were $355,300. A true and correct copy of Mr. Papa's 2012 federal income tax return is attached as Exhibit 1. In 2013, Mr. Papa's gross sales were $471,433. A true and correct copy of Mr. Papa's 2013 federal income tax return is attached as Exhibit 2. In 2014, Mr. Papa's gross sales were $464,412. A true and correct copy of Mr. Papa's 2014 federal income tax return is attached as Exhibit 3. These three tax returns were filed with the Internal Revenue Service.

7. Mr. Papa's has never been engaged in the business of production, manufacturing or selling of goods across state lines. Mr. Papa's purchases inventory (e.g. meat, produce and dry goods) from either retailers or wholesalers in Illinois and does not purchase any goods from any whoelsalers or retailers from outside of Illinois. Mr. Papa's primarily makes purchases of meat and produce from two wholesale companies in Illinois called Joe A. Foods and Latino Meat and Produce. Mr. Papa's also makes purchases of dry goods from Sam's Club in Illinois. Mr. Papa's occasionally makes purchases of meat from a company in West Chicago, Illinois.

8. While employed by Mr. Papa's, Soto did not produce, manufacture or sell any goods on behalf of Mr. Papa's that were intended to cross Illinois state lines.

9. While employed by Mr. Papa's, Soto did not have any duties that required him to communicate across state lines or that required Soto to make or receive telephone calls, open the mail or use electronic mail.

10. Soto did not have any duties that required him to take orders from customers over the

    telephone or via the internet.

11. Soto did not purchase any goods, products or supplies for Mr. Papa's.

12. Soto did not have any duties that required him to use the telephone or internet in order to correspond with Mr. Papa's customers, vendors or suppliers.

 I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

 Executed on  <u>March 23</u>, 2015

                    _____
                    Gladys Santana

909474.1

3